DAVID P. GARDNER
250 Northwest Boulevard, Suite 206B
Coeur d'Alene, ID 83814
Telephone:  (208) 667-2103
Facsimile:  (208) 765-2121
dpg@winstoncashatt.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 13-20039-TLM |
|---|---|
| PHILIP LEWIS HART, | Chapter 7 |
| Debtor. | |

### RESIGNATION OF CHAPTER 7 TRUSTEE

COMES NOW David P. Gardner and hereby resigns as Trustee in the above-referenced Chapter 7 bankruptcy case.  The reason for this resignation is that the Trustee's law firm advised the Debtor concerning tax issues and is potentially a claimant in the Debtor's bankruptcy estate.  A successor Trustee should be appointed to this case.

DATED this 17th day of January, 2013.

 /s/David P. Gardner
DAVID P. GARDNER, Chapter 7 Trustee