UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| *In re* | Case No. 13-20039-TLM |
| PHILIP L. HART, | Chapter 7 |
| Debtor. | ORDER DENYING MOTION TO IMPOSE STAY |

This case comes before the Court on the Debtor's Motion to Impose the Automatic Stay (Dkt. No. 24). The Chapter 7 Trustee objected to the Motion (Dkt. No. 36), as did the Internal Revenue Service (Dkt. No. 37; *see also* Dkt. Nos. 38, 39). The Court held a hearing on the Debtor's Motion February 11, 2013.

For the reasons set out in the Court's Memorandum of Decision of February 26, 2013 (Dkt. No. 41), the Debtor's Motion to Impose the Automatic Stay is hereby DENIED.

**IT IS SO ORDERED.**

//end of text//

DATED:  March 6, 2013



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE


Respectfully presented by:

KATHRYN KENEALLY
Assistant Attorney General
U.S. Dep't of Justice, Tax Division

 /s/ Adam Strait
ADAM D. STRAIT
Mass. BBO No. 670484
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-2135
Facsimile: (202) 307-0054
adam.d.strait@usdoj.gov

WENDY J. OLSON
United States Attorney
District of Idaho

WARREN DERBIDGE
Assistant United States Attorney
District of Idaho
800 Park Boulevard, Suite 600
Boise, Idaho 83712-9903
*Of Counsel*

Attorneys for the United States