**Ford Elsaesser**
pts1@ejame.com
P.O. Box 2220
Sandpoint, ID 83864
(208) 263-8871
(208) 263-0722 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| HART, PHILIP LEWIS | ) | Case No. 13-20039 TLM |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |

**Resignation of Chapter 7 Trustee**

COMES NOW Ford Elsaesser, and hereby resigns as Trustee in the above-referenced Chapter 7 bankruptcy case. The reason for this resignation is that the Trustee's law firm, Elsaesser, Jarzabek, Anderson, Elliott & Macdonald, represented Debtor defending a summons enforcement. A successor Trustee should be appointed to this case.

Dated: April 16, 2013

/s/
Ford Elsaesser, Chapter 7 Trustee